STATE OF NEW JERSEY, PLAINTIFF-PETITIONER,
v. WESLEY HERMAN, DEFENDANT-RESPONDENT.

*Messrs. Brendan T. Byrne* and *Barry H. Evenchick,* for the petitioner.

*Mr. John H. Grossman,* for the respondent.

January 18, 1966. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. WILLIAM W. GILL, DEFENDANT-PETITIONER.

*Messrs. Vincent P. Keuper* and *Thomas L. Yaccarino,* for the respondent.

*Messrs. Mirne, Nowels & Fundler,* for the petitioner.

January 18, 1966. Granted.

MARY E. WOLLERMAN, *ET AL.,* PLAINTIFFS-PETITIONERS,
v. GRAND UNION STORES, INC., DEFENDANT-RESPON-
DENT.

*Messrs. Morrison, Lloyd & Griggs,* for the respondent.

*Mr. William V. Breslin,* for the petitioners.

January 18, 1966. Granted.